**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DIEGO ORTIZ,<br><br>       Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Case No. 8:24-cv-01268-FWS-1<br><br>**ORDER RE PETITIONER'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 [13]** |

///

///

///

1

Having reviewed and considered Petitioner's Unopposed Motion for Voluntary Dismissal of Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [13]  ("Motion") in the above-captioned case (8:24-cv-01268-FWS-1), the files and records of the case, the applicable law, and for the good cause demonstrated in the Motion, the court **GRANTS** the Motion and **ORDERS** the following:

1. The Motion is **GRANTED.**

2. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 2, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2